# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD BANDA, A/K/A TONY BANDA,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 78752

FILED

JUL 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Appellant filed a notice of appeal on May 6, 2019. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the order denying a "motion for an order to grant evidentiary hearing," no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). To the extent that appellant appeals from the order denying a motion to modify sentence entered on January 14, 2019, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____ Pickering ___, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

---

[1]Given this order, this court takes no action on the pro se document filed on May 22, 2019.

cc: Hon. William D. Kephart, District Judge
Richard Banda
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2